| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHARLES MARTIN and §
ARDRE NEAL, §
  §
    Plaintiffs, §
  §
*versus* § CIVIL ACTION NO. 1:17-CV-34
  §
TEAM INDUSTRIAL SERVICES, INC. and §
TEAMQUALSPEC, §
  §
    Defendants. §

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Order signed June 8, 2017, Defendant Team Industrial Services, Inc.'s ("Team") Motion to Dismiss and to Compel Arbitration (#6) is granted. Accordingly, the court dismisses all claims asserted by Plaintiffs Charles Martin and Ardre Neal against Team and TeamQualspec. The parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreements into which they entered.

SIGNED at Beaumont, Texas, this 8th day of June, 2017.

                                         MARCIA A. CRONE
                               UNITED STATES DISTRICT JUDGE